IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS P. HALL, | ) |
| Plaintiff, | ) ) ) |
| v. | )  CIVIL ACTION NO. 1:04-cv-633-B |
| | )  [WO] |
| JO ANNE B. BARNHART, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the *Memorandum Opinion and Order* entered herewith reversing the Commissioner's decision and remanding this cause for further consideration, it is

**ORDERED, ADJUDGED and DECREED** that **JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, is entered for the Plaintiff, Thomas P. Hall, and against the Commissioner of Social Security, and this case is **REMANDED** to the Commissioner pursuant to *sentence four* of 42 U.S.C. § 405(g).

Done this 26th day of September, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE